IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE WALKER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY FIRST CREDIT UNION,<br><br>Defendant. | 4:24CV3225<br><br>ORDER TO SHOW CAUSE |

The records of the court show that on December 9, 2024, (Filing No. 5), a letter was sent to Attorney Eduard Korsinsky from the Office of the Clerk directing that he obtain admittance to practice in this district.

As of January 8, 2025, Eduard Korsinsky has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

On or before January 24, 2025, Eduard Korsinsky must either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why compliance is not possible as required under the rules of the court. Failure to comply with this order will result in Eduard Korsinsky being removed as counsel of record.

Dated this 8th day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge