IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY FIRST CREDIT UNION,<br><br>Defendant. | 4:24-CV-3225<br><br>JUDGMENT |

On the parties' joint stipulation of dismissal with prejudice (filing 27), this case is dismissed with prejudice as to plaintiff Walker, and without prejudice as to members of the putative class.

Dated this 19th day of May, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge